IN THE UNITED STATES DISTRICT COURT
IN THE DISTRICT OF KANSAS

| | |
|---|---|
| JAMES WILLIAMS, JR., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Case No. 13-CV-2377 |
| BREON FLOWERS, | ) |
| CRST EXPEDITED, INC. and | ) |
| CRST INTERNATIONAL, INC., | ) |
| | ) |
| Defendants. | ) |

## DESIGNATION OF PLACE OF TRIAL

The removing parties, defendant CRST Expedited, Inc. and defendant CRST International, Inc., pursuant to D. Kan. R. 40.2, hereby designate Wichita, Kansas as the place for trial in the above-captioned action.

WALLACE, SAUNDERS, AUSTIN, BROWN, & ENOCHS, CHTD.

BY: /s/ Nathaniel Dulle
John M. Ross          KS #15605
Nathaniel A. Dulle    KS #23295
10111 West 87th Street
Overland Park, KS 66212
(913) 888-1000
FAX (913) 888-1065
jmr@wallacesaunders.com
ndulle@wallacesaunders.com
ATTORNEYS FOR DEFENDANTS
CRST EXPEDITED, INC. AND CRST
INTERNATIONAL, INC.

CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of July, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following or, if the below addressees are not registered, the undersigned will send a copy of this filing by U.S. Mail, postage prepaid, and properly addressed to:

Heather A. Lottmann
Andrew C. Schendel
CASTLE LAW OFFICE OF KANSAS CITY
811 Grand Blvd., Suite 101
Kansas City, MO 64106
816-283-0303
Fax: 816-842-0016
hlottmann@castlelaw-kc.com
aschendel@castlelaw-kc.com
ATTORNEYS FOR PLAINTIFF


   /s/ Nathaniel Dulle
For the Firm

2